**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10067-04-STA |
| ) | |
| DEENA ORR, ) | |
| ) | |
| Defendant. ) | |

_____

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on December 22, 2017, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, Deena Orr, appearing in person, and with counsel, Scott Kirk.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, MARCH 30, 2017 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 22th day of December, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT