# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. <u>17-10067-STA</u> |
| ) | |
| DEENA ORR, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF RESETTING

The Court having considered the Joint Motion to Convert Current Setting to a Status Conference or, in the Alternative, Continue the Hearing,

IT IS HEREBY ORDERED that the sentencing for defendant Deena Orr, originally set for Friday, March 30, 2018 at 9:00 a.m. is RESET to **Tuesday, April 3, 2018 at 10:00 a.m.**

IT IS SO ORDERED this 26th day of March, 2018.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE